

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-12-00254-CR

Robert **TAYLOR**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2011CR10818
Honorable Sid Harle,[1] Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED July 17, 2013.

_____
Luz Elena D. Chapa, Justice

---

[1] The Honorable Sid Harle, presiding judge of the 226th Judicial District Court of Bexar County, Texas, presided over the guilt/innocence phase of the appellant's trial. The Honorable Dick Alcala, Senior District Judge, was assigned to preside over the punishment phase, and he assessed and imposed punishment.